# Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.

■ *Attorneys At Law*

| | | | | |
|---|---|---|---|---|
| Kenneth R. Rothschild [○†] | Nasim Oloomi [†] | OF COUNSEL | Mailing Address: | Tel (908)722-6300 |
| Gary S. Spagnola [○] | Rey O. Villanueva [†] | Robert N. Golden | 1011 Route 22 West | Fax (908)722-0029 |
| Philip A. Lundell, Jr. [○] | Ayesha T. Rashid [†] | Ronald S. Levitt [†] | Suite 300 | www.grsl.com |
| E. Richard Boylan | Daniel B. McMeen [*] | Robert D. Rosenwasser | P.O. Box 6881 | |
| Philip A. Garubo, Jr. | Sean M. Strichek | Michael S. Feldman [○] | Bridgewater, NJ 08807 | |
| Catherine M. Shiels [*] | Kurt J. Trinter | F. Lawrence Magro, Jr. [○] | | |
| Jeffrey S. Bell | Christopher R. Geary [†] | Mark D. Kleczka (NY BAR ONLY) | New York Office: | Tel: (631)261-7777 |
| Christopher H. Westrick [†] | Beth R. Wallach | | 7 Bayview Ave. | |
| Audrey L. Shields [*] | Lauren M. Adornetto | | Northport, NY 11768 | |
| Eric S. Schlesinger [†] | | ○ CERTIFIED CIVIL | | |
| | | TRIAL ATTORNEY | South Jersey Office: | Tel: (856)216-1011 |
| | | † ALSO MEMBER NY BAR | Haddonfield, NJ 08033 | |
| | | * ALSO MEMBER PA BAR | | |

GSpagnola@grsl.com

October 23, 2009

**ELECTRONICALLY FILED**

Honorable Mary L. Cooper, U.S.D.J.
United States District Court for the District
 of New Jersey
Clarkson S. Fischer Federal Building
 and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE:   Jared Rosenblatt v. City of New Brunswick, et al.
        Civil Action No. 08-6311

Dear Judge Cooper:

I represent the Defendants, City of New Brunswick, Andrew Weiss, Rosario Maimone and Jeffrey Powers, in the above-captioned matter.

I am pleased to report that this matter has been resolved. A written Settlement Agreement and Release has been sent to Gerald Gordon, Esq. for execution. The Plaintiff, Mr. Rosenblatt, and his attorney, Mr. Gordon, are in the process of signing the Settlement Agreement and Release.

In addition, Mr. Gordon will be executing a Stipulation and Order of Dismissal, with Prejudice, in favor of the City of New Brunswick on whose behalf the settlement funds are being paid to Mr. Rosenblatt.

Finally, Mr. Gordon will also be executing Voluntary Dismissals as to my clients, Andrew Weiss, Rosario Raimone and Jeffrey Powers, and a Voluntary Dismissal, with Prejudice, as to the New Brunswick Police Department, New Brunswick Police Director, New Brunswick Deputy Police Director, Middlesex County Prosecutor's Office, Middlesex County Prosecutor and Middlesex

Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.

October 23, 2009
Page 2

County Prosecutor's Office Chief of Detectives who are those Defendants not specifically named in the Amended Complaint, who have never been served and are not represented by counsel.

As soon as I am in receipt of the executed Dismissals, I will forward them to you with the request that you order the Dismissals to be entered upon the Court's docket.

Thank you for your kind cooperation in this matter

Respectfully submitted,

/s/ Gary S. Spagnola

GARY S. SPAGNOLA

GSS:ko
cc:    Honorable Tonianne J. Bongiovanni, U.S.M.J.    Courtesy Copy
       Gerald Gordon, Esq.