```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

JARED ROSENBLATT,                    :   Civil No.  08-6311(MLC)

       Plaintiff,            :

v.                                   :            **O R D E R**

CITY OF NEW BRUNSWICK, et al.,       :

       Defendants,           :

---

It appearing that it has been reported to the Court that the above action has been settled in its entirety;

It is on this 27th day of October, 2009,

ORDERED THAT:

(1) This action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.

(2)  If any party shall move to set aside this Order of Dismissal as provided in the above paragraph or pursuant to the provisions of Fed. R. Civ. P. 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

                                               s/Mary L. Cooper
                                               MARY L. COOPER
                                               United States District Judge