UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JARED ROSENBLATT,                    :   Civil No.  08-6311(MLC)

          Plaintiff,                 :

v.                                   :       **O R D E R**

CITY OF NEW BRUNSWICK, et al.,       :

          Defendants,                :

_____

          It appearing that it has been reported to the Court that the
above action has been settled in its entirety;

          It is on this 27th day of October, 2009,

          ORDERED THAT:

          (1) This action is hereby dismissed without costs and
without prejudice to the right, upon good cause shown within
60 days, to reopen the action if the settlement is not
consummated.

          (2)  If any party shall move to set aside this Order of
Dismissal as provided in the above paragraph or pursuant to the
provisions of <u>Fed. R. Civ. P.</u> 60(b), in deciding such motion the
Court retains jurisdiction of the matter to the extent necessary
to enforce the terms and conditions of any settlement entered
into between the parties.

                                        s/Mary L. Cooper
                                     MARY L. COOPER
                                     United States District Judge