Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.
1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Attorneys for Defendants, City of New Brunswick, Andrew Weiss, Rosario Maimone and Jeffrey Powers

| | |
|---|---|
| JARED ROSENBLATT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEW BRUNSWICK, NEW BRUNSWICK POLICE DEPARTMENT, NEW BRUNSWICK POLICE DIRECTOR, NEW BRUNSWICK DEPUTY POLICE DIRECTOR, ANDREW WEISS, POLICE OFFICER MAIMONE, INVESTIGATOR POWERS, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, MIDDLESEX COUNTY PROSECUTOR, MIDDLESEX COUNTY PROSECUTOR'S OFFICE CHIEF OF DETECTIVES, JOHN DOES AND MARY DOES 1-30, JOHN SMITHS AND MARY SMITHS 1-30,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br>08-6311 (MLC-TJB)<br><br>VOLUNTARY DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT, ANDREW WEISS<br><br>RECEIVED<br><br>JAN 1 3 2010<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

Plaintiff, JARED ROSENBLATT, through his undersigned counsel hereby voluntarily dismisses any and all claims set forth in the above-entitled action against Defendant, ANDREW WEISS, with Prejudice, and without costs and/or attorneys' fees against either party.

GERALD GORDON, ESQ.
Attorney for Plaintiff, JARED ROSENBLATT

By: *Gerald Gordon*
    GERALD GORDON, ESQ.

Dated: OCTOBER 26, 2009

SO ORDERED this 13th day of Jan., 2010.

_____
MARY L. COOPER, U.S.D.J.