# Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.

1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Attorneys for Defendants, City of New Brunswick, Andrew Weiss, Rosario Maimone and Jeffrey Powers

| | |
|---|---|
| **JARED ROSENBLATT,**<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF NEW BRUNSWICK, NEW BRUNSWICK POLICE DEPARTMENT, NEW BRUNSWICK POLICE DIRECTOR, NEW BRUNSWICK DEPUTY POLICE DIRECTOR, ANDREW WEISS, POLICE OFFICER MAIMONE, INVESTIGATOR POWERS, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, MIDDLESEX COUNTY PROSECUTOR, MIDDLESEX COUNTY PROSECUTOR'S OFFICE CHIEF OF DETECTIVES, JOHN DOES AND MARY DOES 1-30, JOHN SMITHS AND MARY SMITHS 1-30,**<br><br>**Defendants.** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br>08-6311 (MLC-TJB)<br><br>**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT, CITY OF NEW BRUNSWICK**<br><br>RECEIVED<br>JAN 1 3 2010<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

The matter in difference in the above-entitled action having been resolved, it is hereby stipulated and agreed by and between the Plaintiff, JARED ROSENBLATT, and Defendant, THE CITY OF NEW BRUNSWICK, that all claims in this within action be and hereby are dismissed against THE CITY OF NEW BRUNSWICK, with Prejudice, and without costs and/or attorneys' fees against either party.

| | |
|---|---|
| GERALD GORDON, ESQ.<br>Attorney for Plaintiff, JARED ROSENBLATT | GOLDEN, ROTHSCHILD, SPAGNOLA, LUNDELL, LEVITT & BOYLAN, P.C.<br>Attorneys for the City of New Brunswick, Andrew Weiss, Rosario Maimone and Jeffrey Powers |
| By: *(signature)*<br>GERALD GORDON, ESQ. | By: *(signature)*<br>GARY S. SPAGNOLA, ESQ. |
| Dated: OCTOBER 25, 2009 | Dated: 11-1-09 |

SO ORDERED this 13th day of Jan., 2010.

*Mary L. Cooper*
~~STANLEY R. CHESLER~~, U.S.D.J.
MARY L. COOPER,